UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TAD DEVLIN,

        Plaintiff,

     v.

STATE FARM GENERAL INSURANCE
COMPANY,

        Defendant.

Case No.25-cv-06553-AMO

**JUDGMENT**

On May 26, 2026, the Court granted Defendant State Farm General Insurance Company's motion to dismiss with prejudice.  Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant.

The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 26, 2026

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**